**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  10CV02808-RPM

JUDITH L. POWELL,
PATTY L. POWELL and
WALTER N. POWELL,

      Plaintiffs,

v.

DARRELL N. BROWN and
HALLIBURTON ENERGY SERVICES, INC.,
a Delaware corporation,

      Defendants.

---

**ORDER GRANTING STIPULATED MOTION FOR
MODIFICATION TO SCHEDULING ORDER**

---

Upon review of the parties' Stipulated Motion for Modification to Scheduling Order [12] filed March 11, 2011, it is

ORDERED that the Motion is GRANTED.  The Scheduling Order shall be modified to substitute the existing deadlines with the deadlines as modified below:

### 7.  CASE PLAN AND SCHEDULE

**a.  Deadline for Joinder of Parties and Amendment of Pleadings:**

  May 23, 2011

**b.  Discovery Cut-off:**

September 6, 2011

All written discovery shall be served no later than August 4, 2011.

    c. **Dispositive Motion Deadline:** All dispositive motions shall be filed on or before October 4, 2011.

    d. **Expert Witness Disclosure:**

* * *

        3. The party bearing the burden of persuasion on the issues for which the expert opinion is offered shall designate the expert and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) on or before June 21, 2011.

        4. The parties shall designate all contradicting experts and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) on or before July 22, 2011.

        5. Any rebuttal opinions will be exchanged on or before August 12, 2011.

* * *

    f. **Interrogatory Schedule**

The parties shall serve Interrogatories no later than 33 days before the September 6, 2011 discovery date cut-off, or August 4, 2011.

    g. **Schedule for Request for Production of Documents**

The parties shall serve Requests for Production of Documents no later than 33 days before the September 6, 2011 discovery date cut-off, or August 4, 2011.

**All other terms of the Scheduling Order remains unchanged.**

Dated this 14th day of March, 2011.

                                               BY THE COURT:

                                               s/Richard P. Matsch

                                               _____

                                             Senior District Judge
                                             Richard P. Matsch