**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  10-cv-02808-RPM

JUDITH L. POWELL,
PATTY L. POWELL and
WALTER N. POWELL,

     Plaintiffs,

v.

DARRELL N. BROWN and
HALLIBURTON ENERGY SERVICES, INC.,
a Delaware corporation,

     Defendants.

**ORDER GRANTING SECOND STIPULATED MOTION FOR
MODIFICATION TO SCHEDULING ORDER**

     The Court, having reviewed the parties' Second Stipulated Motion for Modification to Scheduling Order, and otherwise being fully advised in the premises, hereby ORDERS that the Motion is GRANTED.  The Scheduling Order shall be modified to substitute the existing deadlines with the deadlines as modified below:

### 7.  CASE PLAN AND SCHEDULE

    **a.  Deadline for Joinder of Parties and Amendment of Pleadings:**

      August 19, 2011

    **b.  Discovery Cut-off:**

      December 5, 2011

All written discovery shall be served no later than November 2, 2011.

    **c.** **Dispositive Motion Deadline:** All dispositive motions shall be filed on or before January 6, 2012.

    **d.** **Expert Witness Disclosure:**

*   *   *

    3. The party bearing the burden of persuasion on the issues for which the expert opinion is offered shall designate the expert and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) on or before September 19, 2011.

    4. The parties shall designate all contradicting experts and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) on or before October 20, 2011.

    5. Any rebuttal opinions will be exchanged on or before November 10, 2011.

*   *   *

    **f.** **Interrogatory Schedule**

The parties shall serve Interrogatories no later than 33 days before the December 5, 2011 discovery date cut-off, or November 2, 2011.

    **g.** **Schedule for Request for Production of Documents**

The parties shall serve Requests for Production of Documents no later than 33 days before December 5, 2011 discovery date cut-off, or November 2, 2011.

**All other terms of the Scheduling Order remains unchanged.**

Dated this 22nd day of June, 2011.

                                                         BY THE COURT:

                                                         s/Richard P. Matsch

                                                         _____

                                                         Senior District Judge
                                                         Richard P. Matsch