# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 10CV02808-RPM

JUDITH L. POWELL,
PATTY L. POWELL and
WALTER N. POWELL,

    Plaintiffs,

v.

DARRELL N. BROWN and
HALLIBURTON ENERGY SERVICES, INC.,
a Delaware corporation,

    Defendants.

## ORDER GRANTING THIRD STIPULATED MOTION FOR MODIFICATION TO SCHEDULING ORDER

The Court, having reviewed the parties' Third Stipulated Motion for Modification to Scheduling Order, and otherwise being fully advised in the premises, hereby ORDERS that the Motion is GRANTED. The Scheduling Order shall be modified to substitute the existing deadlines with the deadlines as modified below:

### 7. CASE PLAN AND SCHEDULE

**b. Discovery Cut-off:**

February 16, 2012

All written discovery shall be served no later than January 13, 2012.

**c. Dispositive Motion Deadline:** All dispositive motions shall be filed on or before March 19, 2012.

**d. Expert Witness Disclosure:**

* * *

3. The party bearing the burden of persuasion on the issues for which the expert opinion is offered shall designate the expert and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) on or before December 16, 2011.

4. The parties shall designate all contradicting experts and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) on or before January 15, 2012.

5. Any rebuttal opinions will be exchanged on or before February 1, 2012.

* * *

**f. Interrogatory Schedule**

The parties shall serve Interrogatories no later than 33 days before the February 16, 2012 discovery date cut-off, or January 13, 2012.

**g. Schedule for Request for Production of Documents**

The parties shall serve Requests for Production of Documents no later than 33 days before the February 16, 2012 discovery date cut-off, or January 13, 2012.

**The remaining deadlines set forth in the Scheduling Order remain unchanged.**

Dated this 16th day of September, 2011.

                                     BY THE COURT:

                                     s/Richard P. Matsch

                                     _____
                                     Senior District Judge
                                     Richard P. Matsch