IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10CV02808-RPM

JUDITH L. POWELL,
PATTY L. POWELL and
WALTER N. POWELL,

    Plaintiffs,

v.

DARRELL N. BROWN and
HALLIBURTON ENERGY SERVICES, INC.,
a Delaware corporation,

    Defendants.

---

### ORDER GRANTING FOURTH <u>STIPULATED</u> MOTION FOR MODIFICATION TO SCHEDULING ORDER

---

The Court, having reviewed the parties' Fourth <u>Stipulated</u> Motion for Modification to Scheduling Order, and otherwise being fully advised in the premises, hereby ORDERS that the Motion is GRANTED. The Scheduling Order shall be modified to substitute the existing deadlines with the deadlines as modified below:

### 7. CASE PLAN AND SCHEDULE

    b. **Discovery Cut-off:**

        March 19, 2012

        All written discovery shall be served no later than February 14, 2012.

    c. **Dispositive Motion Deadline:** All dispositive motions shall be filed on or before April 18, 2012.

d. **Expert Witness Disclosure:**

\* \* \*

4. The parties shall designate all contradicting experts and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) on or before February 14, 2012.

5. Any rebuttal opinions will be exchanged on or before March 2, 2012.

\* \* \*

f. **Interrogatory Schedule**

The parties shall serve Interrogatories no later than 33 days before the March 19, 2012 discovery date cut-off, or February 14, 2012.

g. **Schedule for Request for Production of Documents**

The parties shall serve Requests for Production of Documents no later than 33 days before the March 19, 2012 discovery date cut-off, or February 14, 2012.

**The remaining deadlines set forth in the Scheduling Order remain unchanged.**

Dated this 9th day of January, 2012.

BY THE COURT:

_____
Senior District Judge
Richard P. Matsch