IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  10-cv-02808-RPM-MEH

JUDITH L. POWELL,
PATTY L. POWELL and
WALTER N. POWELL,

     Plaintiffs,

v.

DARRELL N. BROWN and
HALLIBURTON ENERGY SERVICES, INC.,

     Defendants.
_____

## ORDER FOR DISMISSAL
_____

     Pursuant to the Stipulation of Dismissal [33] filed on February 13, 2012, it is

     ORDERED that this action is dismissed with prejudice, each party to bear their own costs and fees.

     DATED: February 14th, 2012

                         BY THE COURT:

                         s/Richard P. Matsch
                         _____
                         Richard P. Matsch, Senior District Judge